Case 1:22-mj-00223-RMM   Document 1-1   Filed 10/

Case: 1:22-mj-00223
Assigned to: Judge Meriweather, Robin M.
Assign Date: 10/19/2022
Description: COMPLAINT W/ ARREST WARRANT

## **STATEMENT OF FACTS**

On Saturday, October 15, 2022 near the Giant located at 1535 Alabama Avenue SE, Washington, D.C. 20032, investigators with the Violent Crime Impact Team of the Metropolitan Police Department (MPD) were working in the Seventh District after sounds of gunshots in the previous 24 hours within a half-mile of the location. The investigators were in an unmarked cruiser and dressed in casual clothing with outer vests bearing "Police" identifiers on the front and back.

At approximately 6:10 PM, investigators saw two unknown individuals congregating in the parking lot of the Giant. One of the individuals was a black male, wearing a light green shirt, blue jeans, and a black satchel. He was later identified as Vernon Pernell Hedrick (DOB: 08/11/1989). Immediately upon seeing the investigators, he became wide-eyed and began sweating. He appeared to wipe sweat from his head, before retrieving a clear bag containing unknown items from his satchel. As he was showing some of the contents of his satchel to the second individual, Investigator Madera saw an L-shaped object protruding from the satchel and relayed to other investigators in the vehicle that Hedrick could be armed with a firearm.

When the investigators exited their car to approach Hedrick, he tightly gripped the left side of his satchel between his body and left arm, leading the investigators to believe he might be obstructing a firearm from view. Hedrick then sprinted away to the other side of the parking lot, holding the satchel with his left arm, while his right arm moved freely. He was apprehended about 20 seconds later in the parking lot. Investigator Tomasula patted down the satchel and gave the predetermined code word for a firearm. Hedrick admitted on scene that he keeps the gun for protection. Hedrick was transported for processing and later interviewed by investigators at the Seventh District station. During the debriefing, Hedrick confirmed that he owned the firearm and provided the date and location of the purchase.

The firearm recovered from Hedrick's satchel was a Springfield Armory semi-automatic handgun with 9 rounds of .45 caliber ammunition in a 9-round magazine. The satchel contained two additional magazines with another 13 rounds of .45 caliber ammunition. The firearm appeared to be fully functional, designed to expel a projectile by the means of an explosive action, with a barrel length of less than twelve inches, and capable of being fired by the use of a single hand. A Wales/NCIC query revealed that the firearm is not registered to Hedrick. He further does not have a valid permit to carry a firearm within the District of Columbia. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case necessarily traveled in interstate commerce in order to reach Hedrick.

A background check revealed that Hedrick has prior criminal felony convictions punishable by a term of incarceration greater than one year. In D.C. Superior Court case number 2010 CF3 018319, he was sentenced to 18 months for robbery. In D.C. Superior Court case number 2016 CF2 008397, he was sentenced to 24 months for Assault with Significant Bodily Injury. In Prince George's County Circuit Court case number CT091770A, he was sentenced to 10 years (7 years suspended) for Conspiracy to Commit Carjacking. As a result, Hedrick was aware at the time of his arrest that he had a prior conviction for a crime punishable by more than one year.

Hedrick was arrested on October 15, 2022 and charged on October 17, 2022 with one count of Unlawful Possession of a Firearm (Prior Conviction) in D.C. Superior Court, where he was preventively detained under 23 D.C. Code 1322(b) pending a preliminary hearing. Based on the

foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 922(g).

*Rebekah Moss*

_____
Special Agent Rebekah Moss, Badge 5411
Bureau of Alcohol, Tobacco, Firearms and Explosives
Phone: 202-763-3076

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of October, 2022.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE